

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00410-CV

**IN THE INTEREST OF N.N.R., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01112
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    Appellant's brief was originally due on September 22, 2020, and we granted appellant a twenty-seven day extension of time to file his brief by October 19, 2020. On October 20, 2020, appellant filed a motion requesting a fourteen-day extension of time to file his brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by November 2, 2020**. **Appellant is advised that no further extensions of time will be considered absent extraordinary circumstances**.

_____
Beth Watkins, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court